RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 6/20/13

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| HUBERT WILLIAMS<br>LA. DOC #313237 | CIVIL ACTION NO. 3:12-cv-1326 |
| VERSUS | SECTION P |
| | JUDGE ROBERT G. JAMES |
| MOREHOUSE PARISH<br>DETENTION CENTER, ET AL. | MAGISTRATE JUDGE KAREN L. HAYES |

## RULING

Pending before the Court is a civil rights Complaint filed by Plaintiff Hubert Williams ("Williams"). On May 9, 2013, Magistrate Judge Karen L. Hayes issued a Report and Recommendation [Doc. No. 15] in which she recommended that the Court dismiss Williams' Complaint with prejudice for failure to state a claim for relief. A copy of the Report and Recommendation was forwarded to Williams at his last known place of confinement, Winn Correctional Center. However, on May 16, 2013, the copy was returned as undeliverable with the notation "Returned to Sender." [Doc. No. 16].

Local Rule 41.3W, in pertinent part, provides:

> The failure of an attorney or *pro se* litigant to keep the Court apprised of an address change may be considered cause for dismissal for failure to prosecute when a notice is returned to the Court for the reason of an incorrect address and no correction is made to the address for a period of 30 days.

In the present case, the copy of the Magistrate Judge's Report and Recommendation was returned to the Clerk of Court as undeliverable on May 16, 2013. Williams failed to advise the Court of his new address by June 17, 2013. The 30-day period within which Williams was

required to notify the Court of his new address has expired. Accordingly, the Court finds that Williams has failed to prosecute his case. Therefore, the Court will dismiss Williams' civil rights Complaint without prejudice for failure to prosecute.[1]

**MONROE, LOUISIANA,** this 20 day of June, 2013.

                                              ROBERT G. JAMES
                                              UNITED STATES DISTRICT JUDGE

---

[1] If Williams timely moves to re-open his case, the Court will consider the substantive claims, as addressed by the Report and Recommendation, at that time.